October 22, 2010

Mr. David M. Gunn
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010

Mr. Adam Poncio
Poncio Law Offices, P.C.
5410 Fredericksburg Rd., Suite 109
San Antonio, TX 78229
Honorable Arnoldo Cantu Jr.
Judge, Hidalgo County Court #5
100 North Closner
Edinburg, TX 78539

RE: Case Number: 09-1025
 Court of Appeals Number: 13-09-00359-CV
 Trial Court Number: CL-08-1074-E

Style: IN RE 24R, INC., D/B/A THE BOOT JACK

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. The
stay order issued December 14, 2009 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Arturo Guajardo|
| |Jr. |
| |Ms. Dorian E. |
| |Ramirez |